## McQuaid *v.* Sturgeon, Appellant.

*Equity—Findings of fact—Review.*
A finding of fact by a chancellor based upon sufficient evidence that a partnership had been formed and never legally dissolved, will not be reversed, where no manifest error is shown.

Argued Oct. 16, 1918. Appeal, No. 46, Oct. T., 1918, by defendant, from decree of C. P. Allegheny Co., Jan. T., 1914, No. 2310, on bill in equity in case of J. C. McQuaid and The Pittsburgh Swing and Furniture Company by J. C. McQuaid, General Manager, v. W. H. Sturgeon and J. H. Watt. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and FOX, JJ. Affirmed.

Cross-bill in equity for an accounting. Before CARPENTER, J.

The case turned upon the existence of a partnership between J. C. McQuaid, W. H. Sturgeon and J. H. Watt. The court found as a fact that such partnership existed, and entered a decree accordingly.

*Error assigned* was the decree of the court.

*George C. Bradshaw,* with him *James McLaren* and *Thomson & Bradshaw,* for appellant.

*Daniel Harrison,* for appellee, was not heard.

PER CURIAM, January 4, 1919:

The learned chancellor below found that early in January, 1913, J. C. McQuaid, one of the plaintiffs in the cross-bill, and W. H. Sturgeon and J. H. Watt, defendants in it, formed a partnership, and that the same had never been legally dissolved. We have not been convinced that this is an erroneous finding and the decree based upon it is, therefore, affirmed at the cost of the appellant.